IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**COURTNEY TURNER,**
**ROBERT ST. JOHN, and**
**JONATHAN HEIL**
on behalf of themselves and
all others similarly situated,

                Plaintiffs,

    vs.

**SUPERIOR SATELLITE SERVICES, INC.,**
**CHRIS GNETZ,**
**SCOTT NEUMAN,**

                Defendants.

Case No. 3:11-cv-00092-wmc

## PLAINTIFFS' MOTION FOR SANCTIONS

Plaintiffs, on behalf of themselves and the putative classes of similarly situated individuals, through their attorneys, Hawks Quindel, S.C., Gingras, Cates & Lubke, S.C., and Axley Brynelson, LLP, respectfully request that this Court enter an appropriate order sanctioning the Defendants in this case. This motion is supported by the accompanying Memorandum in Support of Plaintiffs' Motion For Sanctions, the Declarations of Marshall Hood, Robert St. John and Courtney Turner, and the Affidavit of Heath P. Straka. This motion will be heard at a time and place to be determined by the Court.

Respectfully submitted this 19th day of July, 2011.

        **HAWKS QUINDEL, S.C.**
        Attorneys for Plaintiffs

        By:   *s/ William E. Parsons*
            William E. Parsons, State Bar No. 1048594
            Email: wparsons@hq-law.com
            David C. Zoeller, State Bar No. 1052017
            Email: dzoeller@hq-law.com
            Post Office Box 2155
            Madison, Wisconsin 53701-2155
            Telephone:  608/257-0040
            Facsimile: 608/256-0236

        **AXLEY BRYNELSON, LLP**
        Attorneys for Plaintiffs

        By:   *s/ Michael J. Modl*
            Michael J. Modl, State Bar No. 1011419
            Email: mmodl@axley.com
            Timothy D. Edwards, State Bar No. 1036836
            Email: tedwards@axley.com
            Steven M. Streck, State Bar No. 1013070
            Email: sstreck@axley.com
            Post Office Box 1767
            Madison, Wisconsin 53701-1767
            Telephone:  608/257-5661
            Facsimile: 608/257-5444

        **GINGRAS, CATES & LUEBKE, S.C.**
        Attorneys for Plaintiffs

        By:   *s/ Heath P. Straka*
            Robert J. Gingras, State Bar No. 1002909
            Email: gingras@gcllawyers.com
            Heath P. Straka, State Bar No. 1031351
            Email: straka@gcllawyers.com
            Post Office Box 1808
            Madison, Wisconsin 53701-1808
            Telephone:  608/833-2632
            Facsimile: 608/257-5444