# Exhibit A

NOTICE OF PENDENCY OF LAWSUIT

TO:   ALL SUPERIOR SATELLITE, INC. SATELLITE TECHNICIANS AND FSMs WHO PERFORMED WORK FOR SUPERIOR SATELLITE SERVICES, INC. AT ANY TIME SINCE FEBRUARY 4, 2008

You are receiving this Notice because you are a current or former satellite technician or Area Manger (FSM) who performed work for Superior Satellite Services, Inc., Chris Gnetz or Scott Neuman at any time since February 4, 2008.

## PURPOSE OF NOTICE

This Notice is to inform you of the existence of a lawsuit in which you potentially are "similarly situated" to the named Plaintiffs; to advise you of how your rights under the Fair Labor Standards Act ("FLSA") may be affected by this lawsuit, and to instruct you on the procedure for participating in this lawsuit if you so desire.  You have been sent this Notice because there is reason to believe that sometime during the period from February 4, 2008, to the present you performed work for Superior Satellite Services, Inc. ("Superior"), Chris Gnetz and/or Scott Neuman (collectively "Defendants") as a satellite technician or FSM.

Please note that this Notice is separate from a determination on entitlement to overtime, and only for the purpose of determining the identity of those persons who wish to be involved in this action.  This Notice does not mean that you have a valid claim or that you are entitled to any monetary recovery.  Any such determination must still be made by the court.

## DESCRIPTION OF THE LAWSUIT

A lawsuit has been brought by Plaintiffs Courtney Turner, Robert St. John and Jonathan Heil against Defendants Superior, Chris Gnetz, and Scott Neuman in the United States District Court for the Western District of Wisconsin (Case No. 11-CV-00092).  In this lawsuit, Plaintiffs allege that Superior violated the Fair Labor Standards Act (FLSA) by failing to pay wages and/or overtime compensation to satellite technicians and FSMs who performed work for Superior since February 4, 2008.  In addition, Plaintiffs claim that Defendants Chris Gnetz and Scott Neuman should be held personally liable for Superior's alleged violations of the FLSA.  Defendants Superior, Chris Gnetz, and Scott Neuman deny Plaintiffs' allegations that they violated the FLSA and contend that they properly classified and compensated all employees and independent contractors who performed work for Superior for all compensable time worked.

## YOUR RIGHT TO JOIN OR NOT JOIN IN THIS SUIT

If you performed work for Superior for any period between February 4, 2008, and the present in a service technician or FSM position, and you believe that Superior has failed to properly compensate you with either wages or overtime compensation, you have the right to participate in this lawsuit.  To do this, you must sign, date, and mail the attached Consent Form to the address listed below, which is also printed on the enclosed envelope.  It is entirely your own decision whether to participate in this lawsuit.  You are not required to take any action unless you so desire. Moreover, you are free to contact counsel other than those listed below to discuss this lawsuit and potential representation.

## EFFECT OF JOINING THIS SUIT

If you file a Consent Form and the Court later permits your claims to proceed to trial as part of the lawsuit, you will be bound by any judgment regarding the FLSA claims in the lawsuit, whether favorable or unfavorable to Plaintiffs.  While the lawsuit is proceeding, you may be required to participate in the discovery process. You may be required to provide information, answer written questions, answer questions under oath in an oral deposition, and/or give testimony at trial and travel to Wisconsin to do so, which may or may not be required at your own expense.  Your refusal or failure to participate in providing information or testimony may result in your dismissal from the lawsuit.

By joining this lawsuit, you designate the named Plaintiffs as your agents to make decisions on your behalf concerning the litigation, the method and manner of conducting this litigation and to look out for the best interests of the class, and all other matters pertaining to this lawsuit. The decisions and agreements made and entered into by the named Plaintiffs will be binding on you if you join this lawsuit, unless you choose to withdraw your consent. The named Plaintiffs in this lawsuit have entered into a contingency fee agreement with Plaintiffs' lawyers, which means that if there is no recovery, there will be no attorneys' fees or costs chargeable to you from Plaintiffs' lawyers. However, Plaintiffs' recovery will be reduced by attorneys' fees should they prevail.

## NO LEGAL EFFECT OF NOT JOINING THIS SUIT

If you choose not to join this lawsuit, you will not be affected by any judgment or settlement of the Fair Labor Standards Act claims in this case, whether favorable or unfavorable to the class.  If you chose not to file a Consent Form, you are free to file your own lawsuit.  If you chose not to file a Consent Form, the statute of limitations will continue to run until such time as you file a lawsuit on your own behalf.

## HOW AND WHEN TO JOIN THE SUIT

Enclosed you will find a Consent Form. If you choose to join this lawsuit, it is important that you promptly read, sign, and return the Consent Form before DATE. The Consent Form is pre-addressed and postage-paid for your convenience.

**The signed Consent Form must be postmarked by 60 days from date of mailing. If your signed Consent Form is not postmarked by 60 days from date of mailing, you may not be able to participate in the lawsuit.**

## RETALIATION PROHIBITED

**The law prohibits anyone, including your employer, from discriminating or retaliating against you for taking part in this case or because you have exercised your rights under the Fair Labor Standards Act.**

## PLAINTIFFS ARE REPRESENTED BY:

| | | |
|---|---|---|
| Atty. William E. Parsons | Atty. Michael J. Modl | Atty. Heath P. Straka |
| HAWKS QUINDEL, S.C. | AXLEY BRYNELSON, LLP | GINGRAS, CATES & LUEBKE |
| 222 W. Washington Ave., Ste. 450 | 2 East Mifflin Street | 8150 Excelsior Drive |
| Madison, WI 53701-2155 | Madison, WI 53703 | Madison, WI 53717 |
| Tel: **608-257-0040** | Tel: **(800) 368-5661** | Tel: **(888) 357-7661** |
| Fax: 608-256-0236 | Fax: (608) 257-5444 | Fax: (608) 833-2874 |
| E-Mail: wparsons@hq-law.com | E-mail: mmodl@axley.com | E-mail: straka@gcllawyers.com |

For more information on this Notice or on the procedure for joining this action, you may contact the attorneys for Plaintiffs identified above, or visit Plaintiffs' website at www.superior-satellite-classaction.com for information and updates on the lawsuit.

## DEFENDANTS SUPERIOR SATELLITE SATELLITE SERVICES, INC., CHRIS GNETZ AND SCOTT NEUMAN ARE REPRESENTED BY:

Atty. Andrea D. Kiehl
Atty: Ashley A. Wenger
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
90 South Seventh Street, Suite 3800
Minneapolis, MN 55402
Tel:  612.336.1818
Fax:  612.339.0061
E-Mail:  andrea.kiehl@ogletreedeakins.com
E-mail:  ashley.wenger@ogletreedeakins.com

**THIS NOTICE HAS BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN.  THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF PLAINTIFFS' CLAIMS OR DEFENDANTS' DEFENSES.  BY AUTHORIZING THIS NOTICE, THE COURT NEITHER ENCOURAGES NOR DISCOURAGES YOU FROM JOINING THIS LAWSUIT.**

**PLAINTIFF CONSENT FORM**

I hereby consent to make a claim against Superior Satellite Services, Inc., Chris Gnetz and Scott Neuman (Defendants) for overtime and regular wage pay. During the past three years, there were weeks that I worked as a satellite installation technician and/or FSM for Defendants during which I was not paid overtime wages for the hours that I worked over 40 a week, there were also weeks during which I worked hours for which I was not compensated.

_____
Signature and Date

_____
Print Name

_____
Address

_____
City, State, Zip Code

_____
Home Telephone

_____
Mobile Telephone

_____
E-Mail Address

_____
Emergency Contact (and phone number)

_____
Dates of Employment with Superior Satellite

**PLEASE SIGN AND RETURN TO:
HAWKS QUINDEL, SC
222 WEST WASHINGTON AVENUE, SUITE 450
MADISON, WISCONSIN
53703
OR EMAIL/FAX TO:
WPARSONS@HQ-LAW.COM
FAX: (608) 256-0236**