IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

COURTNEY TURNER,
ROBERT ST. JOHN, and
JONATHAN HEIL
on behalf of themselves and
all others similarly situated,

Case No. 3:11-cv-00092-wmc

Plaintiffs,

vs.

SUPERIOR SATELLITE SERVICES, INC.
CHRIS GNETZ,
SCOTT NEUMAN,

Defendants.

## REQUEST FOR STATUS CONFERENCE

The parties, by their attorneys, hereby request a status conference before

District Court Judge Conley. The parties request said conference in order to discuss

issues related to the parties' Joint Motion For Preliminary Approval of Class Action

Settlement and Joint Stipulation for Class Certification, filed on December 23, 2011

(Dkt. 89) as well as the documents filed related to and in support of same (See Dkt.

90 - 105), which were filed between December 23, 2011 and January 17, 2012.

The parties have conferred regarding this request and counsel for both

parties will make themselves available between February 28, 2012 and March 2,

2012, if the Court is available to hold the conference at any time during those dates.

Dated this 27th day of February 2012.


                        **HAWKS QUINDEL, S.C.**
                        Attorneys for Plaintiffs

                        By: _/s/ William E. Parsons_
                                William E. Parsons, State Bar No. 1048594
                                Email: wparsons@hq-law.com
                                David C. Zoeller, State Bar No. 1052017
                                Email: dzoeller@hq-law.com
                                Post Office Box 2155
                                Madison, Wisconsin 53701-2155
                                Telephone:  608/257-0040
                                Facsimile: 608/256-0236


                        **AXLEY BRYNELSON, LLP**
                        Attorneys for Plaintiffs

                        By: _/s/ Michael J. Modl_
                                Michael J. Modl, State Bar No. 1011419
                                Email: mmodl@axley.com
                                Timothy D. Edwards, State Bar No. 1036836
                                Email: tedwards@axley.com
                                Steven M. Streck, State Bar No. 1013070
                                Email: sstreck@axley.com
                                Post Office Box 1767
                                Madison, Wisconsin 53701-1767
                                Telephone:  608/257-5661
                                Facsimile: 608/257-5444

**GINGRAS, CATES & LUEBKE, S.C.**
Attorneys for Plaintiffs

By:    */s/ Heath P. Straka*
       Robert J. Gingras, State Bar No. 1002909
       Email: gingras@gcllawyers.com
       Michael J. Luebke, State Bar No. 1010307
       Email: luebke@gcllawyers.com
       Heath P. Straka, State Bar No. 1031351
       Email: straka@gcllawyers.com
       8150 Excelsior Drive
       Madison, Wisconsin 53717
       Telephone:  608/833-2632
       Facsimile: 608/833-2874


**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Attorneys for Defendants

By:    */s/ Andrea D. Kiehl*
       Andrea D. Kiehl (WI #1084634)
       Email: andrea.kiehl@ogletreedeakins.com
       Wells Fargo Center
       90 South Seventh Street, Suite 3800
       Minneapolis, MN 55402
       Telephone: 612.339.1818
       Fax: 612.339.0061